IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY WAYNE STANFIELD, #176 704, <br>     Plaintiff, <br><br> v. <br><br> DR. DARBOUZE, *et al.*, <br><br>     Defendants. | CIVIL ACTION NO. 2:13-CV-452-CSC <br> [WO] |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that this action is DISMISSED without prejudice on motion of Plaintiff for voluntary dismissal pursuant to Rule 41(a)(2), *Federal Rules of Civil Procedure*.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done this 16th day of September, 2013.

                                         /s/Charles S. Coody
                                         CHARLES S. COODY
                                         UNITED STATES MAGISTRATE JUDGE